# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM 40430** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Marquis D. ELLIS** | ) | |
| **Airman First Class (E-3)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 1** |

On 26 February 2024, Appellant submitted a Motion to Withdraw from Appellant Review. On the same day, Appellant submitted a separate Motion to Attach; specifically, Appellant moved to attach a DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant and Appellant's counsel on 23 February 2024 and 26 February 2024, respectively.

Pursuant to this court's rules, the timeline for opposition to a motion to withdraw from appellate review is two business days, and the timeline for opposition to a motion to attach is seven calendar days. A.F. Ct. Crim. App. R. 23.2. It has been this court's practice to accept the DD Form 2330 as an attachment to the Appellant's motion to withdraw from appellate review. Therefore, the court accepts the motions together and grants Appellant's motions prior to completion of the seven-day opposition period normally required for a motion to attach. No opposition to the Appellant's Motion to Withdraw from Appellate Review was filed.

Accordingly, it is by the court on this 29th day of February, 2024,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Motion to Attach are **GRANTED.**

Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court